LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
　　1420 E. Cooley Dr., Suite 100
　　Colton, California 92324
　　Telephone: (909) 796-4560
　　Facsimile: (909) 796-3402
　　E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| ALRITTA SANDERS, | ) | No. CV 14-8201 FFM |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED SEVENTY-THREE DOLLARS AND 70/100 ($1,773.70) subject to the terms of the stipulation.

DATE: March 16, 2016　　　/s/ Frederick F. Mumm
　　　　　　　　　　　　HON. FREDERICK F. MUMM
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE